UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLORIA QUIÑONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09cv0231 TCM |
| ) | |
| ERIC K. SHINSEKI, Secretary ) | |
| of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This closed case is before the Court on the opposed motion of plaintiff, Gloria Quiñones, for reconsideration of its earlier order granting the motion for summary judgment filed by defendant, Eric K. Shinseki, the Secretary of Veterans Affairs, and denying her cross-motion for summary judgment. The Court has reviewed her arguments in support of her motion and finds that these arguments were addressed in its memorandum and order of October 22, 2009. The arguments remain unavailing. The motion for reconsideration is DENIED. [Doc. 46]

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of November, 2009.